JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Davis Antonio Espinales Martinez,<br>Petitioner,<br>v.<br>Markwayne Mullin, et al.,<br>Respondents. | Case No. 5:26-cv-04876-MBK<br>JUDGMENT |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED and this action is dismissed with prejudice.

Dated: September 3, 2026

HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE